

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY  10007

MORGAN D. KUNZ
*Senior Counsel*
phone: (212) 788-0422
fax: (212) 788-9776
mkunz@law.nyc.gov

February 3, 2012

**BY E.C.F.**
Honorable Brian M. Cogan
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  10007

>  Re:  Ricardo Hamilton v. City of New York, et al.
>       11-cv-03926 (BMC)

Your Honor:

   I am the attorney in the Special Federal Litigation Division of the New York City Law Department assigned to the defense of the above referenced matter.  Defendants write to inform the Court that the parties have reach an agreement in principle to settle this matter.  Defendants have forwarded the requisite documents to plaintiff's counsel for execution.  Once the stipulation of settlement and discontinuance is received, this Office will forward a copy to the Court for endorsement and filing.

   Defendants thank the Court for its time and consideration in this case.

          Respectfully submitted,

          /s/

          Morgan D. Kunz
          Senior Counsel
          Special Federal Litigation Division

cc: Richard J. Cardinale & Izabel O. Garcia, Esqs., *Attorneys for Plaintiff* (By E.C.F.)